Case 4:23-cr-00001-BMM   Document 67   Filed 05/29/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Montana

United States of America )
v. )
Dwain Francis Balch )
) Case No: CR 23-01-GF-BMM
) USM No: 39376-510
Date of Original Judgment: 02/29/2024 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant seeks a sentence reduction under the retroactive application to the criminal history rules in Part B, subpart 1 of Amendment 821 to the United States Sentencing Guidelines. (*See* Doc. 66.) Defendant is ineligible.

Defendant was sentenced on February 29, 2024, under the 2023 Guidelines Manual incorporating all amendments, including Parts A and B, subpart 1 of Amendment 821. (PSR ¶ 20 (citing USSG §1B1.11).) Additionally, although Defendant had a criminal history score of zero, he possessed a firearm in connection with the offense, thus was ineligible for an adjustment under subpart B. (PSR ¶ 22.) Accordingly, Defendant's motion is denied.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/29/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Brian Morris, Chief United States District Judge
*Printed name and title*